UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ADAM A. MALIK ET AL.,**

   Plaintiffs,

v.                                                      No. 4:21-cv-0088-P

**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**

   Defendants.

## ORDER

    Before the Court are the Parties' Cross Motions for Summary Judgment ("Motions"). ECF Nos. 24, 25. In the interest of judicial efficiency and to preserve the Parties' resources, the Court will exercise its inherent authority to manage its docket and will stay the proceedings in this case pending a ruling on the Motions.

    The Court therefore **ORDERS** that all pending deadlines in this case are **STAYED** pending the Court's resolution of the Motions.

    **SO ORDERED** on this **6th day** of **June, 2022.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE