UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ADAM A. MALIK ET AL.,

   Plaintiffs,

v.                                   No. 4:21-cv-0088-P

U.S. DEPARTMENT OF HOMELAND
SECURITY ET AL.,

   Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Memorandum Opinion and Order (ECF No. 55) issued on July 14, 2022:

It is **ORDERED, ADJUDGED, and DECREED** that Counts I–VIII are **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

It is further **ORDERED, ADJUDGED, and DECREED** that Counts XII is **DISMISSED with prejudice.**

It is further **ORDERED, ADJUDGED, and DECREED** that Counts IX, X, and XI are **DIMISSED as moot**

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **14th day** of **July, 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE